STATE OF CONNECTICUT *v.* REGINALD L. BOYD

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 556 (AC 28992), is denied.

*Mary Anne Royle*, special public defender, in support of the petition.

*Laurie N. Feldman*, special deputy assistant state's attorney, in opposition.

Decided September 9, 2009

STATE OF CONNECTICUT *v.* ANTHONY W. OLIPHANT

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 542 (AC 29362), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 9, 2009

GODFREY BURTON ET AL. *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 47 (AC 29468), is denied.